

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| KARIN K. ROSSNER,<br><br>             Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>             Defendant. | CV 05-57-GF-SEH<br><br>**ORDER** |

On January 30, 2006, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff Karin K. Rossner did not file objections. No review is required of proposed findings and recommendation to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

I see no clear error in Judge Ostby's Findings and Recommendation. Therefore, I adopt the Findings and Recommendation in full.

---

[1] Docket No. 21.

ORDERED:

1. Plaintiff's Motion for Summary Judgment[2] is DENIED.

2. Defendant's Motion for Remand[3] is GRANTED. The case is REMANDED to the Commissioner for further administrative proceedings consistent with Judge Ostby's Findings and Recommendation entered on January 30, 2006.

DATED this 21st day of February, 2006.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 11.

[3] Docket No. 17.